# Court of Appeals
# of the State of Georgia

ATLANTA,  May 19, 2017

*The Court of Appeals hereby passes the following order:*

**A17I0238.   MARVIS MCDANIEL-IVEY v. MOHAMED OUDA.**

Marvis McDaniel-Ivey has filed a motion to withdraw this application for interlocutory review.   The motion is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  05/19/2017*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*